MERIT PRODUCTIONS, INC., Respondent, v. W. SOMERSET MAUGHAM, Appellant, Appearing Specially, et al., Defendant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, Breitel, Bastow, Botein and Bergan, JJ.

■

AUGUST GLASS, Plaintiff, v. GENS-JARBOE, INC., et al., Defendants. GENS-JARBOE, INC., Third-Party Plaintiff-Appellant, v. BARKER BROS. PAINTING CORP., Third-Party Defendant-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Callahan, Breitel, Bastow, Botein and Bergan, JJ.

■

MAY G. JOHNSON, Plaintiff, v. SWEDISH AMERICAN LINE, Defendant. LOUISE JACOBSON, as Executrix of GUNTHER JACOBSON, Deceased,. Appellant; MAY G. JOHNSON et al., Respondents.— Order unanimously affirmed, with one bill of $20 costs and disbursements to the respondents. No opinion. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

A. HARVEY WEINTRAUB, Respondent, v. PARK AVENUE PROPERTIES, INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

CELIA BROUS, Respondent, v. BERNARD J. BROUS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. The home is owned by the parties as tenants by the entirety and the fact that the wife remained in the premises is not conclusive, at least on this application for temporary alimony; whether the defendant is liable for permanent support will depend upon the determination of the trial court after a consideration of all the evidence. Present — Callahan, J. P., Breitel, Bastow, Botein and Bergan, JJ.

■

RONSON ART METAL WORKS, INC., Respondent, v. GIBSON LIGHTER MFG. CO. et al., Defendants, and GEORGE J. MANNE, Doing Business as GIBSON LIGHTER MFG. Co., et al., Appellants.— Order unanimously affirmed. No opinion. Present — Peck, P. J., Cohn, Breitel, Bastow and Botein, JJ.